Austin C. Norris (SBN 284603)
austin.norris@kirkland.com
Edward Hillenbrand (SBN 310872)
edward.hillenbrand@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, California 90067
Telephone: (213) 680-8236
Fax: (310) 552-5900

[Additional counsel on signature block]

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE WEBTOON ENTERTAINMENT, INC. DERIVATIVE LITIGATION | Lead Case No.: 2:24-cv-09915-CBM-RAO<br>**NOTICE OF SETTLEMENT**<br>**THIS DOCUMENT RELATES TO ALL ACTIONS** |

Plaintiffs Ho Kan Cheung and Michael Lee (collectively, "Plaintiffs"), Nominal Defendant WEBTOON Entertainment Inc. ("WEBTOON"), and Defendants Junkoo Kim, David J. Lee, Haejin Lee, Namsun Kim, Jun Masuda, Isabelle Winkles, and Nancy Dubuc (collectively, "Defendants," and together with Plaintiffs, the "Parties") hereby jointly provide, through their undersigned counsel, this Notice of Settlement.

The Parties have reached an agreement-in-principle that resolves all of the claims raised in three derivative complaints brought against Defendants that are pending in this Court (*Cheung v. Kim*, Case No. 2:24-cv-09915-CBM-RAO (C.D. Cal.); *Lee v. Kim*, Case No. 2:26-cv-04824-CBM-RAO (C.D. Cal); and *Lu v. Kim*, Case No. 2:26-cv-09343-CBM-RAO (collectively, the "Derivative Cases"))[1] as well as a pre-suit litigation demand made by putative stockholder David Clark (the "Clark Demand"). The Parties shall document the proposed settlement in a global Stipulation of Settlement ("Stipulation") that, if approved by the Court, will result in the dismissal with prejudice of the Derivative Cases and withdrawal of the Clark Demand. Plaintiffs will file the Stipulation, related documents, and a motion for preliminary approval of the settlement in this Action by October 30, 2026.

In light of this development, the Parties respectfully request that the Court issue a stay of all proceedings and case deadlines unrelated to the settlement. The Parties believe that a stay of proceedings is in the interest of justice and will preserve party and judicial resources.

[1] *Cheung v. Kim* and *Lee v. Kim* were consolidated by order of this Court on August 10, 2026 into the action *In re WEBTOON Entertainment, Inc. Derivative Litigation*.

DATED: September 18, 2026

Respectfully submitted,

KIRKLAND & ELLIS LLP

*/s/ Edward Hillenbrand*
EDWARD HILLENBRAND

Austin C. Norris (SBN 284603)
austin.norris@kirkland.com
Edward Hillenbrand (SBN 310872)
edward.hillenbrand@kirkland.com
2049 Century Park East
Suite 3700
Los Angeles, CA 90067
Tel: (213) 680-8236
Fax: (310) 552-5900

Stefan H. Atkinson, P.C. (admitted Pro Hac Vice)
stefan.atkinson@kirkland.com
Jordan D. Peterson, P.C. (admitted Pro Hac Vice)
jordan.peterson@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-4900

*Attorneys for Nominal Defendant WEBTOON Entertainment Inc. and the Individual Defendants*

DATED: September 18, 2026

THE BROWN LAW FIRM, P.C.

*/s/ Robert C. Moest*
ROBERT C. MOEST

Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Email: RMoest@gmail.com

THE BROWN LAW FIRM, P.C.
Saadia Hashmi (*pro hac vice*)
1350 Avenue of the Americas, Suite 1200
New York, NY 10019
Telephone: 516-922-5427
Email: shashmi@thebrownlawfirm.net

*Lead Counsel for Plaintiffs and Attorneys for Plaintiff Ho Kan Cheung*

DATED: September 18, 2026

RIGRODSKY LAW, P.A.

*/s/ Alex J. Tramontano*
ALEX J. TRAMONTANO

Gina M. Serra (#361172)
Alex J. Tramontano (#276666)
RIGRODSKY LAW, P.A.
1091 North Palm Canyon Drive, Suite 9
Palm Springs, CA 92262
Telephone: (760) 406-5746
Facsimile: (302) 654-7530
Email: gms@rl-legal.com
Email: ajt@rl-legal.com

*Attorneys for Plaintiff Michael Lee*

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

Pursuant to L.R. 5-4.3.4, I hereby attest that all signatories listed above concurred in this filing.

DATED: September 18, 2026

*<u>/s/ Edward Hillenbrand</u>*
EDWARD HILLENBRAND