Robert C. Moest, Of Counsel (SBN 62166)
RMoest@gmail.com
THE BROWN LAW FIRM, P.C.
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628

*Lead Counsel for Consolidated Plaintiffs*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE WEBTOON ENTERTAINMENT, INC. DERIVATIVE LITIGATION | Lead Case No. 2:24-cv-09915-CBM-RAO<br><br>**CONSOLIDATED PLAINTIFFS' NOTICE OF UNOPPOSED MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT OF STOCKHOLDER DERIVATIVE ACTIONS**<br><br>Date: Tuesday, December 15, 2026<br>Time: 10:00 a.m.<br>Courtroom: 8D<br>Judge: Hon. Consuelo B. Marshall |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on Tuesday, December 15, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8D of the First Street Courthouse, 350 West 1st Street, Los Angeles, California 90012, before the Honorable Consuelo B. Marshall, plaintiffs Ho Kan Cheung and Michael Lee ("Consolidated Plaintiffs"), derivatively on behalf of nominal defendant WEBTOON Entertainment Inc.

("WEBTOON" or the "Company"), will and hereby do move, pursuant to Federal Rule of Civil Procedure 23.1(c), for an order granting preliminary approval of the settlement set forth in the Stipulation and Agreement of Settlement dated November 13, 2026 ("Stipulation" or "Settlement"),[1] and attached as Exhibit 1 to the Declaration of Robert C. Moest, which is filed concurrently herewith. Consolidated Plaintiffs respectfully submit this motion (the "Motion"), which moves this Court for entry of an Order in the form attached as Exhibit B to the Stipulation (the parties' proposed "Preliminary Approval Order") and concurrently filed herewith:

1. Granting preliminary approval of the proposed Settlement on the terms set forth in the Stipulation;

2. Approving the proposed form of the Notice and Summary Notice, attached as Exhibits C and D, respectively, to the Stipulation, and directing the dissemination of the notice of the Settlement as contemplated by the Stipulation; and

3. Scheduling a date for the Settlement Hearing on the Settlement.

Consolidated Plaintiffs respectfully request the Settlement Hearing be scheduled approximately sixty (60) days after the entry of the Preliminary Approval Order, or at a later date at the Court's convenience.

In support of this Motion, Consolidated Plaintiffs rely upon the Stipulation and all exhibits appended thereto, the Declaration of Robert C. Moest in support of this Motion, together with its exhibits, and the accompanying Memorandum of Points and Authorities in Support of the Motion.

Defendants do not oppose the relief sought in this Motion.

[1] Terms not defined herein shall have the meanings ascribed to them in the Stipulation.

Dated: November 13, 2026

Respectfully submitted,

**THE BROWN LAW FIRM, P.C.**

By: /s/ Robert C. Moest
Robert C. Moest (Cal. Bar No. 62166)
RMoest@gmail.com
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628

Timothy Brown
Saadia Hashmi
1350 Avenue of the Americas, Suite 1200
New York, NY 10019
Telephone: (516) 922-5427
tbrown@thebrownlawfirm.net
shashmi@thebrownlawfirm.net

*Lead Counsel for Consolidated Plaintiffs and Attorneys for Plaintiff Ho Kan Cheung*

**RIGRODSKY LAW, P.A.**

Alex J. Tramontano (Cal. Bar No. 276666)
Gina M. Serra
1091 North Palm Canyon Drive, Suite 9
Palm Springs, CA 92262
Telephone: (760) 406-5746
ajt@rl-legal.com
gms@rl-legal.com

*Attorneys for Plaintiff Michael Lee*